IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MALIK RASHAD JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is set for trial on Monday, August 8, 2011, at 10:00 a.m.

SO ORDERED. This _18_ day of July 2011.


JAMES C. DEVER III
United States District Judge